## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GREGORY LEE MOORE                                                    PLAINTIFF
ADC #135920

V.                            No. 5:19CV00165-KGB-JTR

WENDY KELLY, Director, ADC;
CHISM, HSA, Tucker Unit; and
MOORE, DON, Tucker Unit                                            DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

Plaintiff Gregory Lee Moore ("Moore"), a prisoner at the Tucker Unit of the Arkansas Department of Correction, filed this *pro se* action alleging that Defendants violated his rights under the Americans with Disabilities Act. *Doc. 2.*

On May 22, 2019, the Court entered an Order directing Moore to file an Amended Complaint so it could complete the screening required by 28 U.S.C. § 1915A. *Doc. 5.* He was cautioned that failure to comply with the Court's Order within thirty days would subject his case to dismissal, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] The May 22, 2019 Order was mailed to Moore at his address of record and was not returned.

As of the date of this Recommendation, Moore has not complied with the Court's Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.    The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be

---

[1]On May 17, 2019, the Court advised Moore of his responsibilities under Local Rule 5.5(c)(2). *Doc. 4.* The Local Rule provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

taken in good faith.

DATED this 23rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE