**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GREGORY LEE MOORE**                                                          **PLAINTIFF**
**ADC #135920**

**v.**                                            **Case No. 5:19-cv-00165-KGB-JTR**

**WENDY KELLY, Director, ADC;**
**CHISM, HSA, Tucker Unit; and**
**MOORE, DON, Tucker Unit**                                                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.). The Court therefore dismisses without prejudice plaintiff Gregory Lee Moore's complaint (Dkt. No. 2). The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 23rd day of June, 2021.

_____
Kristine G. Baker
United States District Judge