IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY LEE MOORE**  **PLAINTIFF**
ADC #135920

v.  Case No. 5:19-cv-00165-KGB-JTR

**WENDY KELLY, Director, ADC;**
**CHISM, HSA, Tucker Unit; and**
**MOORE, DON, Tucker Unit**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Gregory Lee Moore's complaint is dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 23rd day of June, 2021.

_____
Kristine G. Baker
United States District Judge